UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

THOMAS BERT PRINS,

               Plaintiff,

    v.

IMMIGRATION AND CUSTOMS ENFORCEMENT FIELD OFFICE DIRECTOR, *et al.*,

               Defendants.

CASE NO. 3:25-cv-05187-KKE-GJL

**ORDER ADOPTING REPORT AND RECOMMENDATION**

The Court, having reviewed the Report and Recommendation of Magistrate Judge Grady J. Leupold, to which no objections were filed, and the remaining record, does hereby find and ORDER:

(1)    The Court adopts the Report and Recommendation.

(2)    This case is DISMISSED without prejudice for failure to prosecute.

(3)    The Motion for Leave to Proceed *In Forma Pauperis* (Dkt. 1) is DENIED as moot.

(3)    The Clerk is directed to send copies of this Order to Plaintiff and to the Hon. Grady J. Leupold.

**DATED** this 19th day of May, 2025.

Kymberly K. Evanson
United States District Judge

ORDER ADOPTING REPORT AND RECOMMENDATION - 1

ORDER ADOPTING REPORT AND RECOMMENDATION - 2